PRETRIAL REPORT AND ORDER

DATE PRETRIAL HELD: November 21, 2002      NO. 02-3717

CASE CAPTION: MITCHELL
              VS
              OBENSKI

1. TRIAL COUNSEL            FOR PLAINTIFF: M. SAVAGE

                            FOR DEFENDANT: D. KARAMESSINIS

2. STATUS OF CASE: PLAINTIFF DEMANDS $55,000. DEFENDANT WILL SET TELEPHONE CONFERENCE 2/10/03 AT 10:00. CLAIM AGAINST INDIVIDUAL DEFENDANT WILL BE SEVERED.

3. TRIAL DATE:

4. JURY/NONJURY:

5. PRETRIAL MEMORANDA AND POINTS FOR CHARGE OR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:

    PLAINTIFF   :
    DEFENDANT(S):

NOTE: ALL DOCUMENTS, PHOTOS, ETC. ARE TO BE MARKED BEFORE TRIAL AND A COPY GIVEN TO OPPONENT(S), OR OPPONENT(S) BE ALLOWED TO COPY THEM.

POINTS FOR CHARGE ARE TO BE SUBMITTED IN DUPLICATE - EACH POINT ON A SEPARATE PAGE.

Copy forwarded to counsel listed above.

                            SO ORDERED:


                            _____
                            CHARLES R. WEINER