IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MITCHELL, et al.                :
                                :
                                :
          VS.                   :   C.A. NO. 02-3717
                                :
OBENSKI, et al.                 :

BEFORE WEINER, J.

      AND NOW, this 9th day of January, 2003, the above-entitled matter is **DISMISSED WITHOUT PREJUDICE.** The case is to remain in status quo and the Statute of Limitations is tolled.

      This matter remains **ACTIVE.** It is further understood that all discovery and settlement discussions will continue and if intervention by the Court is needed or desired, the parties may ask for assistance by either filing the appropriate motions, writing to the Court or by setting a telephone conference. The parties shall keep the Court advised of the status of this case and may request a firm trial date or settlement conference by writing directly to the Court or by telephone conference.

ATTEST:                                      OR     BY THE COURT:


BY_____                            _____
    COURT ROOM DEPUTY                                Charles R. Weiner, SJ
    Sheila M. Jeffers