# CERTIFICATE OF SERVICE

I, Milton S. Savage, Jr., Esquire, hereby certify that on April 12, 2004, I served the following person with the Response to Motion For Summary Judgment filed by the defendants, by electronic mail in PDF form:

>David P. Karamessinis, Esquire
>Devlin & Devine
>100 West Elm Street, Suite 200
>Conshohocken, PA 19428
>Email:  david.karamessinis@stpaul.com

>_____
>MILTON S. SAVAGE, JR., ESQUIRE
>1616 Walnut Street, Suite 1910
>Philadelphia, PA 19103
>Tel: 215-732-5077
>Email: ms2@msn.com