# EXHIBIT TABLE

| Exhibit | DESCRIPTION |
|---------|-------------|
| EXHIBIT A | Affidavit of Due Diligence |
| EXHIBIT B | Brandywine Police Summaries |
| EXHIBIT C | Morris Timeline submitted to Crawford |
| EXHIBIT D | Obenski response to Interrogatory 2 |
| EXHIBIT E | Affidavit of Diane Nwandu |
| EXHIBIT F | Expert Report Of Salvatore F. Valvo |
| EXHIBIT G | Deposition of Gregory Mitchell |
| EXHIBIT H | Deposition of Warren Obenski |
| EXHIBIT I | Deposition of Matthew Gale |