IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORY MITCHELL                               :No.: 02-3717
                                               :
    vs.
                                               :
WARREN OBENSKI, MATTHEW GALE,
ET AL.                                         :

# O R D E R

AND NOW, this     day of     , 2004 upon consideration of defendants, Warren Obenski and Matthew Gale, *et al.'s* Motion for Leave to a Reply Brief in Support of their Motion for Summary Judgment, said Motion is granted.

BY THE COURT:

_____
                                                                J.

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORY MITCHELL  :No.:  02-3717

:

vs.

:

WARREN OBENSKI, MATTHEW GALE,
ET AL.  :

**DEFENDANTS, WARREN OBENSKI AND MATTHEW GALE, *ET AL.*'S MOTION FOR LEAVE TO FILE A REPLY BRIEF**

Defendants, Warren Obenski and Matthew Gale, *et al*. by and through their counsel, David P. Karamessinis, Esquire of the law firm of Devlin and Devine hereby move this Court to grant their Motion and permit the filing of the attached Reply Brief in Support of their Motion for Summary Judgment.

DEVLIN AND DEVINE

BY: _____
/sDavid P. Karamessinis, Esquire
Attorney for Defendants
ID#:  50836
100 West Elm Street
Suite 200
Conshohocken, PA  19428
610-397-4635

Date:

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORY MITCHELL  :No.: 02-3717

:

vs.

:

WARREN OBENSKI, MATTHEW GALE,
ET AL.  :

### DEFENDANTS, WARREN OBENSKI AND MATTHEW GALE, *ET AL.'S* MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE A REPLY BRIEF

Reply briefs, though not authorized by the local rules, can be permitted by the Courts. *Davenport v. Medtronic, Inc.,* 302 F. Supp. 2d 419, E.D. Pa. Feb. 03 2004; *Schlegel v. Life Insurance Co. of N. America,* 269 F. Supp. 2d 612 (E.D. Pa. 2003). Counsel requests leave to file this reply brief in order to more completely recount and explain the history of the fugitive warrant.

DEVLIN AND DEVINE

BY: _____
/sDavid P. Karamessinis, Esquire
Attorney for Defendants
ID#: 50836
100 West Elm Street
Suite 200
Conshohocken, PA  19428
610-397-4635

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORY MITCHELL :No.: 02-3717

:

vs.

:

WARREN OBENSKI, MATTHEW GALE,
<u>ET</u> <u>AL</u>. :

## CERTIFICATE OF SERVICE

I hereby certify that service of a true and correct copy of the enclosed

Defendants' Motion for Leave to File Reply Brief in Support of their Motion for Summary

Judgment was sent to all parties via electronic filing and/or by United States first-class mail, postage

pre-paid on April 29, 2004.

Milton Savage, Jr., Esquire
1616 Walnut Street
Suite 1910
Philadelphia, PA  19103

                          DEVLIN AND DEVINE

     By:  _____
         /sDavid P. Karamessinis, Esquire
         Attorney for Defendants,
         Police Officers Warren Obenski and
         Matthew Gale
         ID#:  50836
       Suite 200, 100 West Elm Street
        Conshohocken, PA  19428
        610-397-4635