IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORY MITCHELL

02-3717
District Court Docket Number

vs.

WARREN OBENSKI, MATTHEW GALE

Notice of Appeal Filed 9/17/04
Court Reporter(s)/ESR Operator(s)     Court Reporter

Filing Fee:
    Notice of Appeal  x  Paid  __Not Paid   __Seaman
    Docket Fee         x  Paid  __Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC:

                                      Defendant's Address (for criminal appeals)

                                      Prepared by : _____
                                           JOE LAVIN, Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS
notapp.frm