IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MITCHELL

VS.                                           C.A. NO. 02-3717

OBENSKI, ET AL.

## ORDER

WEINER, J.                                    OCTOBER 28, 2004

      The motion of the defendants for leave to file (Doc. #15) is DENIED as moot.

IT IS SO ORDERED.

_____
CHARLES R. WEINER