IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY MITCHELL | :No.:  02-3717 |
| | : |
| vs. | |
| | : |
| WARREN OBENSKI, MATTHEW GALE, ET AL. | : |

## DEFENDANTS, GALE AND OBENSKI'S BILL OF COSTS

**TO THE CLERK OF COURTS:**

1. Defendants filed an appeal to the Third Circuit Court of Appeals. On June 14, 2005, the Third Circuit remanded the case to the Lower Court, and issued instructions that defendants' Motion for Summary Judgment be granted.

2. On August 16, 2005, Judge Charles R. Weiner signed the Order granting defendants' Motion for Summary Judgment.

3. This Bill of Costs is being filed pursuant to 28 U.S.C. §1920.

4. Defendants incurred taxable costs on this case as follows:

**I.   COST OF DEPOSITIONS**

    1.   Diamond Court Reporting Service          $ 641.20

**II.  INVESTIGATIVE SERVICES**

    1.   McNeill's Investigations                  $ 68.08

**III. SUBPOENA SERVICES**

    1.   Errands Express Service                   $ 156.50

IV. **COPYING COSTS**

    1.    Ikon Office Solutions      $  66.40

    2.    Philadelphia Business Services      $ 218.36

V. **TOTAL**      **$1,150.54**

Respectfully submitted,

WILLIAM J. DEVLIN, JR. & ASSOCIATES

BY: <u>David P. Karamessinis, Esquire</u>
/s/ David P. Karamessinis, Esquire
Attorney for Defendants, Gale and Obenski
ID#:  50836
1500 Market Street, Suite 2920
Philadelphia, PA  19102
267-675-3028