IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORY MITCHELL :No.: 02-3717

      vs. :

WARREN OBENSKI, MATTHEW GALE,
ET AL. :

## CERTIFICATE OF SERVICE

I hereby certify that service of a true and correct copy of the enclosed Defendants, Gale and Obenski's Bill of Costs was sent via electronic filing and/or regular mail postage pre-paid to plaintiff's counsel on August 22, 2005.

Milton Savage, Jr., Esquire
1616 Walnut Street
Suite 1910
Philadelphia, PA  19103

           WILLIAM J. DEVLIN, JR. & ASSOCIATES

    BY:   David P. Karamessinis, Esquire
           /s/ David P. Karamessinis, Esquire
           Attorney for Defendants, Gale and Obenski
           ID#:  50836
           1500 Market Street, Suite 2920
           Philadelphia, PA  19102
           267-675-3028