

# DIAMOND COURT REPORTING
116 HEDGEROW COURT
DEPTFORD, NEW JERSEY 08096
(856) 232-6903
FAX (856) 232-6197

# Invoice

Number: 6891
Date: July 31, 2003

**Bill To:**
DAVID P. KARAMESSINIS, ESQUIR
DEVLIN & DEVINE
100 WEST ELM STREET
SUITE 200
CONSHOHOCKEN, PA 19428

| RE: | TAX I.D. # 22-3537319 |
|---|---|
| GREGORY MITCHELL -VS | WARREN OBENSKI |

| Date | Description | Amount |
|---|---|---|
| JUNE 25, 2003 | WIT: GREGORY MITCHELL | |
| | O & 1 TRANSCRIPT    132 PAGES @ $2.95 | 389.40 |
| | WIT: MATTHEW GALE | |
| | COPY TRANSCRIPT    34 PAGES @ $2.05 | 69.70 |
| | WIT: WARREN OBENSKI | |
| | COPY TRANSCRIPT    62 PAGES @ $2.05 | 127.10 |
| | MINUSCRIPT - COMPLIMENTARY | |
| | TRAVEL AND APPEARANCE TO CONSHOHOCKEN | 55.00 |
| | DIAMOND COURT REPORTING THANKS YOU | |
| | **Total** | **$641.20** |



# McNeill's Investigations

TEL  (610) 793-140
FAX  (610) 793-223
TAX  ID# 23-280105

February 24, 2003

David Karamessinis, Esq.
100 W. Elm St., Ste 200
Conshohocken, PA 19428

RE:   Mitchell vs. Obenski

Dear Mr. Karamessinis:

At your request, we went to Chester County Courthouse, District Attorney's Office, 2nd floor Annex, West Chester, on February 19. Personal service was made on Jamie Benton, receptionist. Phone is 610 344-6801.

Thank you for allowing us to be of service to you.

|  |  |  |
|---|---|---|
| FEE FOR SERVICES: | $57.00 | 1 1/2 hrs. @ $38 |
|  | 10.08 | 24 mi. @ .42 |
|  | 1.00 | Parking |
|  | $68.08 |  |

Very truly yours,

*[signature]*

McNeill's Investigations

*SUBPOENA SERVICE • NATIONAL COMPUTER DATABASE • LEGAL PHOTOGRAPHY*

1780 HOLMES DRIVE • WEST CHESTER, PA 19382

Errands Express Service

1313 Race Street, 2nd Floor
Philadelphia, PA 19107

PH# 215-751-1124   E.I.N. 23-2991450

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/21/03 | 4841 |

**BILL TO**

Devlin & Devine
Attn: Karen Jaffe
100 W. Elm Street, Suite 200
Conshohocken, PA 19428

| TERMS | REFERENCE |
|---|---|
| Due on receipt | Mitchell vs Obenski |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/15/03 | Attempted service of USDC Subpoena on Rhonda Morris Baldwin at 4781 Horseshoe Pike Honeybrook, PA - Apt complex......no longer at this address. | 94.00 |
| 7/21/03 | Attempted service of same Subpoena on Ms Baldwin at 1160 Manor Rd, Honeybrook, PA - Per the mother of Rhonda,...Rhonda moved to unknown address. Mother refused to give us forwarding address. | 45.00 |
| 7/16/03 | Skip Trace performed for Ms Baldwin - see attached. | 17.50 |

Thank you for your business.

**Total**    $156.50



**Office Solutions**

INVOICE   Page   1

| Invoice # | PHI084884 |
|---|---|
| Invoice Date | 03/23/2004 |
| Due Date | 04/02/2004 |
| Customer # | PHI-DEVL |
| Order # | 04030429 |

# Document Services

Phone:(215) 557-7070    Fax:(215) 557-8067
Federal ID #:230334400

**TERMS: Net 10 Days**

SOLD TO:
DEVLIN & DEVINE
100 W. ELM ST.
SUITE 200
CONSHOHOCKEN,PA 19428-2041

SHIP TO:
DEVLIN & DEVINE
100 W. ELM ST.
SUITE 200
CONSHOHOCKEN,PA 19428-2041

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 03/22/2004 | KAREN JAFFEE | OBENSKI GALE | S2F MATT LIEBNER |

| Reference 2 | | Reference 3 | |
|---|---|---|---|
| | | | |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1013 | C Image Scanning | 67 | 0.160 | 10.72 |
| 1022 | Quick Capture CD | 1 | 50.000 | 50.00 |
| 1030 | PDF Conversion | 67 | 0.020 | 1.34 |

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| Taxable Sales: | 62.06 |
|---|---|
| Sales Tax: | 4.34 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **66.40** |

Received and approved by: X _____    Date: X _____

( Please pay from this copy. The party named on this bill is held responsible for payment )

Payment From:
DEVLIN & DEVINE
100 W. ELM ST.
SUITE 200
CONSHOHOCKEN,

| Amount Enclosed |
|---|
| $ |

Invoice   PHI084884
Invoice Date   03/23/2004
Customer #   PHI-DEVL
Order #   04030429

Please Remit to:
Ikon Office Solutions
Mid-Atlantic District -PHI
P O Box 827119
Philadelphia,PA 19182-7119

PAY THIS AMOUNT:   66.40

09:01:44   03/23/2004



# Invoice

| DATE | INVOICE # |
|---|---|
| 3/19/2004 | 3-04-60 |

**BILL TO**

DEVLIN & DEVINE
100 WEST ELM STREET
CONSHOHOCKEN, PA. 19428
ATTN: ACCOUNTS PAYABLE

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| KAREN | | 3/19/2004 |

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| FILE #02324 (MITCHELL V. GALE) | 1,872 | 206.00 |
| PA Sales Tax | | 12.36 |

| | Total | $218.36 |
|---|---|---|

541 East Hector Street • Conshohocken, PA 19428
610-832-8077 • Fax: 610-832-5330
email: print@pbs.cc

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORY MITCHELL :No.: 02-3717

vs.

WARREN OBENSKI, MATTHEW GALE,
ET AL.

COMMONWEALTH OF PENNSYLVANIA :
: ss.
PHILADELPHIA COUNTY

## AFFIDAVIT OF DAVID P. KARAMESSINIS, ESQUIRE

I, David P. Karamessinis, Esquire, being duly sworn, hereby depose and say that I make this Affidavit understanding that it is made subject to the penalties of 18 Pa. C.S.A., §4904 (relating to unsworn falsification to authorities):

1. I was the attorney assigned to represent Officers Gale and Obenski in the matter of *Gregory Mitchell v. Gale, Obenski, et al.*

2. I hereby verify that each item listed in the attached Bill of Costs was necessary, and that the services for which the fees were charged were actually and necessarily performed.

BY: /s/ David P. Karamessinis
David P. Karamessinis