IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY MITCHELL : | |
| : | No. 02-CV-3717 |
| Plaintiff : | |
| v. : | |
| : | |
| EDWARD OBENSKI and MATTHEW GALE, | |
| ET. AL. | |
| Defendants | |

**OBJECTION TO BILL OF COSTS**

TO THE CLERK OF COURTS:

Plaintiff files an objection to the bill of costs filed by the defendants on August 22, 2005, and in support thereof, makes the following averments:

1. Plaintiff filed the underlying lawsuit in good faith,

2. Plaintiff asserts that said lawsuit had merit and was not filed improvidently,

3. The Court dismissed the motion for summary judgment filed by the defendants, and

4. The payment of the bill of costs filed by the defendants would cause a hardship on the plaintiff.

WHEREFORE, plaintiff requests that the Court dismiss the demand for payment of costs made by the defendants.

Respectfully submitted,

MSS 1748_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY MITCHELL | : | |
| | : | |
| Plaintiff | : | |
| v. | : | No. 02-CV-3717 |
| | : | |
| EDWARD OBENSKI and MATTHEW GALE, | : | |
| ET. AL. | : | |
| Defendants | : | |
| | : | |

## CERTIFICATE OF SERVICE

    I hereby certify that I served true and correct copy of the annexed Objection To Bill of Costs by electronic filing to the following counsel for the defendants on September 1, 2005:

        David P. Karamessinis, Esquire
        William J. Devlin, Jr., & Associates
        1500 Market Street, Suite 2920
        Philadelphia, PA 19102


        Respectfully submitted,


        MSS 1748