IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY MITCHELL | : | CIVIL ACTION |
| v. | : | |
| EDWARD OBENSKI et al. | : | NO. 02-3717 |

O R D E R

AND NOW, this 9th day of February, 2006, in accordance with the court's procedure for random reassignment of cases, it is hereby

ORDERED that the above-captioned case is reassigned from the calendar of the late Honorable Charles R. Weiner to the calendar of the Honorable John R. Padova.

FOR THE COURT:

HARVEY BARTLE III
Chief Judge

ATTEST:

 *s / Michael E. Kunz*
MICHAEL E. KUNZ
Clerk of Court