IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY MITCHELL | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| EDWARD OBENSKI, ET AL | : | NO. 02-3717 |

O R D E R

_____AND NOW, this 7th day of March, 2006, IT IS HEREBY ORDERED that the Clerk of Court may CLOSE this matter statistically.

BY THE COURT:

s/John R. Padova

_____
JOHN R. PADOVA,        J.